CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics )
in Washington )
)
)
                 Plaintiff )   Civil Action No._____
vs )
)
Central Intelligence Agency )
)
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Citizens for Responsibility and Ethics in Washington__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Citizens for Responsibility and Ethics in Washington__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ signature_
Signature

481460
BAR IDENTIFICATION NO.

Kimberly D. Perkins
Print Name

1400 Eye Street, N.W., Suite 450
Address

Washington, D.C. 20005
City    State    Zip Code

202-408-5565
Phone Number