# EXHIBIT A

Central Intelligence Agency



Washington, D.C. 20505

MAR 1 3 2007

Anne L. Weismann, Esq.
Chief Counsel
CREW
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005

Reference: F-2007-00839

Dear Ms. Weismann:

    This is further to our letter of 27 February 2007 and concerns your 15 February 2007 Freedom of Information Act (FOIA) request for:

> "any and all documents dating from July 6, 2003, to the present of communications between the White House and the CIA regarding Valerie Plame Wilson and/or Joseph C. Wilson."

    We accept your request and will process it according to the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 431, as amended. Unless you object, we will limit our search to CIA-originated records existing through the date of this acceptance letter. No fees will be charged as a matter of administrative discretion.

    The large number of FOIA requests CIA receives has created unavoidable delays making it unlikely that we can respond within the 20 working days the FOIA requires. You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release Panel. A more practical approach would permit us to continue processing your request and respond to you as soon as we can. You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish. We will proceed on that basis unless you object.

Sincerely,

Scott Koch
Information and Privacy Coordinator