**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 1:07CV00620-RMC<br>:<br>:<br>:<br>:<br>: |

### PLAINTIFF'S NOTICE OF FILING

PLEASE TAKE NOTICE THAT Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") is filing its Proposed Order that should have been attached to plaintiff's Response to defendant's Motion for an Open America Stay. Plaintiff filed its response to defendant's motion on July 27, 2007.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Anne L. Weismann
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 298190)
　　　　　　　　　　　　　　　　　　　Kimberly D. Perkins
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 481460)
　　　　　　　　　　　　　　　　　　　Citizens for Responsibility and Ethics
　　　　　　　　　　　　　　　　　　　　in Washington
　　　　　　　　　　　　　　　　　　　1400 Eye Street, N.W., Suite 450
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　Phone:  202-408-5565
　　　　　　　　　　　　　　　　　　　Fax:  202-588-5020

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated:  July 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br><br>Defendant. | Civil Action No.: 1:07CV00620-RMC |

**[PROPOSED] ORDER**

Upon consideration of defendant's Motion for an Open America Stay and plaintiff's Response thereto, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that defendant's motion for an Open America Stay is hereby **DENIED**, and defendant is ordered to process plaintiff's FOIA request within ten days.

Dated: _____          _____
                            Rosemary M. Collyer
                            United States District Court Judge