# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:07CV00620-RMC |
| CENTRAL INTELLIGENCE AGENCY | : |
| Defendant. | : |

## [PROPOSED] ORDER

Upon consideration of defendant's Motion for an Open America Stay and plaintiff's Response thereto, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that defendant's motion for an Open America Stay is hereby **DENIED**, and defendant is ordered to process plaintiff's FOIA request within ten days.

Dated: _____                                  _____
                                                    Rosemary M. Collyer
                                                    United States District Court Judge