UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>1400 Eye Street, N.W., Suite 450<br>Washington, DC 20005<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, DC 20505<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07CV00620-RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), filed this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to challenge Defendant, Central Intelligence Agency's ("CIA"), response to CREW's FOIA request seeking records of "communications between the White House and CIA regarding Valerie Plame Wilson and/or Joseph Wilson from July 6, 2003 to the present." Compl. ¶ 1. By Order of October 9, 2007, this Court stayed this action through November 1, 2007, to permit the CIA sufficient time to complete its processing of that request. The parties now provide the Court with the following status report:

1. Defendant completed its processing of Plaintiff's FOIA request and concluded that all information yielded by its search could be provided in full to Plaintiff.

2. By letter dated November 2, 2007, undersigned defense counsel forwarded the CIA's response to Plaintiff's counsel.

3. The parties intend to confer to determine whether further proceedings are necessary and will provide the Court with a follow-up status report on or before November 13, 2007.

Dated: November 2, 2007

\_s/ Kimberly D. Perkins_____
MELANIE SLOAN
(D.C. Bar No. 434584)
ANNE L. WEISMANN
(D.C. Bar No. 298190)
KIMBERLY D. PERKINS
(D.C. Bar No. 481460)
Citizens for Responsibility and Ethics
in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH SHAPIRO
Assistant Branch Director
Federal Programs Branch

 s/ Jacqueline Coleman Snead_____
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW, Rm 7214
Washington, D.C. 20530
Tel:    (202) 514-3418
Fax:    (202) 616-8470
Email: jacqueline.snead@usdoj.gov

Attorneys for the Central Intelligence Agency

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2007, a true and correct copy of the foregoing Joint Status Report was electronically filed through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available for viewing on that system.

                                                                _____s/ Jacqueline Coleman Snead_____
                                                                    JACQUELINE COLEMAN SNEAD