UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND <br> ETHICS IN WASHINGTON <br> 1400 Eye Street, N.W., Suite 450 <br> Washington, DC 20005 <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY <br> Washington, DC 20505 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:07CV00620-RMC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STATUS REPORT**

Plaintiff, Citizens for Responsibility and Ethics in Washington, and Defendant, the Central Intelligence Agency, informed the Court on November 2, 2007 of their intent to confer to determine whether further proceedings in this action were necessary.  *See* Joint Status Report (filed Nov. 2, 2007).  The parties are still conferring and will provide a further update to the Court on or before November 26, 2007.

Dated: November 15, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
Federal Programs Branch

 s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)

Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW, Rm 7214
Washington, D.C. 20530
Tel:    (202) 514-3418
Fax:    (202) 616-8470
Email: jacqueline.snead@usdoj.gov

**Attorneys for the Central Intelligence Agency**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2007, a true and correct copy of the foregoing Status Report was electronically filed through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available for viewing on that system.

                                                 s/ Jacqueline Coleman Snead
                                                 JACQUELINE COLEMAN SNEAD