UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND<br>ETHICS IN WASHINGTON<br>1400 Eye Street, N.W., Suite 450<br>Washington, DC 20005<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, DC 20505<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07CV00620-RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

The plaintiff, Citizens for Responsibility and Ethics in Washington, and the defendant, the Central Intelligence Agency ("CIA"), by and through their undersigned counsel, pursuant to Fed.R.Civ. P. 41(a)(1) and based on the defendant's representation that the CIA conducted electronic and hard-copy searches within the Directorate of Intelligence and the Director of the CIA Area for communications from July 6, 2003 to the present between the White House and CIA regarding Valerie Plame Wilson and/or Joseph C. Wilson, and located only the one responsive document produced in full to plaintiff on November 2, 2007, do hereby stipulate and agree that this action is DISMISSED with prejudice, with each party to bear its own costs, including attorney's fees.

    Dated this ____ day of _____, 2007, at Washington, D.C.

 

                                              _____
                                              ROSEMARY M. COLLYER
                                              United States District Judge

SEEN AND AGREED:

_/s/_

MELANIE SLOAN
(D.C. Bar No. 434584)
ANNE L. WEISMANN
(D.C. Bar No. 298190)
KIMBERLY D. PERKINS
(D.C. Bar No. 481460)
Citizens for Responsibility and Ethics
in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff


_/s/_

JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW, Rm 7214
Washington, D.C. 20530
Tel:   (202) 514-3418
Fax:   (202) 616-8470
Email: jacqueline.snead@usdoj.gov

Attorney for Defendant

2